IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-**174** |
| | ) | |
| GARY EARL, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about November 28, 2007, in the State and District of Delaware, GARY EARL, defendant herein, did knowingly possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**NOTICE OF FORFEITURE**

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, defendant GARY EARL, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

A.  1995 Cadillac Eldorado, Delaware registration number 403613.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley Frieder Wolf
Assistant United States Attorney

Dated: December 27, 2007