## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-174 |
| ) | |
| GARY EARL ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Gary Earl, as a result of the Indictment returned against him on December 27, 2007.



FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: December 27, 2007

AND NOW, this 27th day of December, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Gary Earl.

_____
Honorable Leonard P. Stark
United States Magistrate Judge