AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

GARY EARL,

**WARRANT FOR ARREST**

Case Number: 07-174 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GARY EARL**
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with  (brief description of offense)

COUNT I - POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE

in violation of Title ____21____ United States Code, Section(s) ____841(a)(1) and (b)(1)(A)____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

_____ Deputy Clerk
Signature of Issuing Officer

12/27/07 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED 12-27-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1-2-08 | William David Dosen | |