IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-174-GMS |
| GARY EARL, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about November 28, 2007, in the State and District of Delaware, GARY EARL, defendant herein, did knowingly possess with the intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Information, defendant GARY EARL, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

    A.    1995 Cadillac Eldorado, Delaware registration number 403613;

    B.    $1825.00 in United States Currency.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

                              COLM F. CONNOLLY  
                              United States Attorney

BY: _____  
                              Lesley Freder Wolf  
                              Assistant United States Attorney

Dated: 3/28/08