**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-174-GMS |
| | : | |
| GARY EARL, | : | |
| Defendant. | : | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated December 27, 2007.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


    By:  s/Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046

DATED:   July 28, 2008

IT IS SO ORDERED this ___ day of _____ 2008.

    _____
    HONORABLE GREGORY M. SLEET
    UNITED STATES DISTRICT JUDGE