IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-174-GMS |
| | : | |
| GARY EARL, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated December 27, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:   July 8, 2008

IT IS SO ORDERED this ___ day of _____ 2008.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE